**LAW OFFICES OF JAKE D. FINKEL, APC**
Jake Finkel, SBN 293954
3470 Wilshire Blvd., Suite 830
Los Angeles, CA 90010
Telephone: (213) 787-7411
E-mail: jake@lawfinkel.com

**LAW OFFICE OF MAXIMILIAN LEE**
Maximilian Lee, SBN 287597
1327 N. Broadway
Santa Ana, CA 92706
Telephone: (626) 808-4157
E-mail: m.lee@maxleelaw.com

Attorneys for Plaintiff Brenda Price

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PRICE;<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>G2 SECURE STAFF, LLC;<br><br>　　　　Defendants. | Case No.<br><br>**PLAINTIFF BRENDA PRICE'S COMPLAINT FOR:**<br><br>1. **DISCRIMINATION IN VIOLATION OF GOVERNMENT CODE SECTION 12940(a)**<br>2. **FAILURE TO PREVENT DISCRIMINATION IN VIOLATION OF GOVERNMENT CODE SECTION 12940(k)**<br><br>**JURY TRIAL DEMANDED** |

　　　　Plaintiff Brenda Price files this Complaint against Defendant G2 Secure Staff, LLC and on information and belief allege as follows:

**COMPLAINT**

# INTRODUCTION

1. This civil action is brought by Plaintiff Brenda Price pursuant to the Fair Employment and Housing Act, California Government Code sections 12900, *et seq.*, and California public policy to seek injunctive relief and compensation for harm caused by Defendant G2 Secure Staff, LLC through its illegal employment practices, including discrimination based on sex and disability and failure to prevent and remedy discrimination. Plaintiff Brenda Price seeks compensation for her damages, including economic loss, emotional distress, mental harm, psychological stress, and other damages due to Defendants' misconduct. Plaintiff Brenda Price also seek punitive damages against Defendant G2 Secure Staff LLC, for its malicious, oppressive, and reckless disregard of her rights. Plaintiff Brenda Price also seeks declaratory and injunctive relief against Defendant G2 Secure Staff, LLC, as well as the recovery of her litigation costs and attorney's fees incurred in prosecuting their claims based on the Fair Employment and Housing Act against Defendant G2 Secure Staff, LLC.

# PLAINTIFFS

2. Plaintiff Brenda Price is an individual who resided in the State of California at all times relevant to this action.

# DEFENDANT

3. Defendant G2 Secure Staff, LLC is a Texas corporation registered to do business in the State of California as an out of state Limited Liability Company. Upon information and belief, Defendant G2 Secure Staff, LLC maintains its principal place of business at 400 East Las Colinas Blvd., Suite 750, Irving, TX 75039 at all times relevant to this action.

4. Upon information and belief, Defendant G2 Secure Staff, LLC may be served through its Agent for Service of Process Capitol Corporate Services, Inc., located at 455 Capitol Mall Complex, Suite 217, Sacramento, CA 95814.

# JURISDICTION

5. Jurisdiction is conferred on this Honorable Court over Defendant G2 Secure

**COMPLAINT**

Staff, LLC pursuant to 28 U.S.C. § 1332, in that it is a civil action between citizens of different states, the amount in controversy sought by each of the Plaintiffs exceeds the sum of $75,000.00 and Defendant G2 Secure Staff, LLC is not a citizen of the forum state of California.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because this Court embraces the County of Los Angeles where a substantial part of the events or omissions giving rise to the claim occurred.

## FACTUAL BACKGROUND

7. Plaintiff Brenda Price is a woman who had a disability.

8. Plaintiff Brenda Price was an employee of Defendant G2 Secure Staff, LLC, which upon information and belief is an employer as defined by the Fair Employment and Housing Act.

9. Defendant G2 Secure Staff, LLC employed Plaintiff Brenda Price beginning in May 2014 until March 2020. Plaintiff Brenda Price's last position with Defendant G2 Secure Staff, LLC was an Operation Manger working at the Los Angeles International Airport.

10. On or about March 27, 2020, Defendant G2 Secure Staff, LLC furloughed Plaintiff Brenda Price and stopped providing her any compensation.

11. When Defendant G2 Secure Staff, LLC resumed operations at Los Angeles International Airport, Defendant G2 Secure Staff, LLC refused to return to work Plaintiff Brenda Price, among other female staff members who held similar positions.

12. On August 6, 2021, Plaintiff Brenda Price applied for a position as an Account Manager, which was a similar position to Operation Manager. Despite Plaintiff Brenda Price's years of experience as an employee, Defendant G2 Secure Staff, LLC failed to hire Plaintiff Brenda Price for the Account Manager position.

13. A substantial motivating factor for Defendant G2 Secure Staff, LLC's decision to refuse to hire Plaintiff Brenda Price was her sex as a female and disability.

14. Plaintiff Brenda Price has suffered economic damages and general damages as a result of Defendant G2 Secure Staff, LLC's discriminatory wrongful termination of their employment.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

15. Plaintiff Brenda Price has fully complied with all prerequisites to jurisdiction in this Honorable Court, including exhaustion of administrative remedies. Within the time provided by law, Plaintiff Brenda Price obtained a right to sue letters against Defendant G2 Secure Staff regarding the matters asserted above from the California Civil Rights Department on February 27, 2024.

16. A true and correct copy of Plaintiff Brenda Price's right to sue letter is attached hereto as Exhibit A.

## FIRST CAUSE OF ACTION

(Discrimination in Violation of Government Code section 12940(a) Against Defendant DS Services of America, Inc.)

17. Plaintiff Brenda Price re-alleges and hereby incorporates the paragraphs above as though fully set forth herein.

18. Plaintiff Brenda Price is a woman who had a disability.

19. Plaintiff Brenda Price was an employee of Defendant G2 Secure Staff, LLC, which upon information and belief is an employer as defined by the Fair Employment and Housing Act.

20. Defendant G2 Secure Staff, LLC employed Plaintiff Brenda Price beginning in May 2014 until March 2020. Plaintiff Brenda Price's last position with Defendant G2 Secure Staff, LLC was an Operation Manger working at the Los Angeles International Airport.

21. On or about March 27, 2020, Defendant G2 Secure Staff, LLC furloughed Plaintiff Brenda Price and stopped providing her any compensation.

22. When Defendant G2 Secure Staff, LLC resumed operations at Los Angeles International Airport, Defendant G2 Secure Staff, LLC refused to return to work Plaintiff Brenda Price, among other female staff members who held similar positions.

23. On August 6, 2021, Plaintiff Brenda Price applied for a position as an Account Manager, which was a similar position to Operation Manager. Despite Plaintiff Brenda Price's years of experience as an employee, Defendant G2 Secure Staff, LLC failed to hire Plaintiff Brenda Price for the Account Manager position.

24. A substantial motivating factor for Defendant G2 Secure Staff, LLC's decision to refuse to hire Plaintiff Brenda Price was her sex as a female and disability.

25. Plaintiff Brenda Price has suffered economic damages and general damages as a result of Defendant G2 Secure Staff, LLC's discriminatory wrongful termination of their employment.

26. As a proximate result of the acts and omissions of Defendant G2 Secure Staff, LLC as detailed above, Plaintiff Brenda Price has sustained and continue to sustain substantial damages in an amount to be proven at trial.

27. The conduct of Defendant G2 Secure Staff, LLC as described above was malicious, fraudulent, or oppressive and done with a willful and conscious disregard for Plaintiff Brenda Price's rights. Defendant G2 Secure Staff, LLC, and its officers, members, and managing agents, authorized, condoned, and ratified the unlawful conduct of each other. Consequently, Plaintiff Brenda Price is entitled to punitive damages against Defendant G2 Secure Staff, LLC.

## SECOND CAUSE OF ACTION

(Failure to Prevent and Remedy Discrimination in Violation of Government Code section 12940(k) Against Defendant DS Services of America, Inc.)

28. Plaintiff Brenda Price re-alleges and hereby incorporates the paragraphs above as though fully set forth herein.

29. Plaintiff Brenda Price is a woman who had a disability.

**COMPLAINT**

30.    Plaintiff Brenda Price was an employee of Defendant G2 Secure Staff, LLC, which upon information and belief is an employer as defined by the Fair Employment and Housing Act.

31.    Defendant G2 Secure Staff, LLC employed Plaintiff Brenda Price beginning in May 2014 until March 2020. Plaintiff Brenda Price's last position with Defendant G2 Secure Staff, LLC was an Operation Manger working at the Los Angeles International Airport.

32.    On or about March 27, 2020, Defendant G2 Secure Staff, LLC furloughed Plaintiff Brenda Price and stopped providing her any compensation.

33.    When Defendant G2 Secure Staff, LLC resumed operations at Los Angeles International Airport, Defendant G2 Secure Staff, LLC refused to return to work Plaintiff Brenda Price, among other female staff members who held similar positions.

34.    On August 6, 2021, Plaintiff Brenda Price applied for a position as an Account Manager, which was a similar position to Operation Manager. Despite Plaintiff Brenda Price's years of experience as an employee, Defendant G2 Secure Staff, LLC failed to hire Plaintiff Brenda Price for the Account Manager position.

35.    A substantial motivating factor for Defendant G2 Secure Staff, LLC's decision to refuse to hire Plaintiff Brenda Price was her sex as a female and disability.

36.    Defendant G2 Secure Staff, LLC failed to take reasonable measures to prevent and remedy the discrimination that Plaintiff Brenda Price suffered.

37.    Plaintiff Brenda Price has suffered economic damages and general damages as a result of Defendant G2 Secure Staff, LLC's discriminatory wrongful termination of their employment.

38.    As a proximate result of the acts and omissions of Defendant G2 Secure Staff, LLC as detailed above, Plaintiff Brenda Price has sustained and continue to sustain substantial damages in an amount to be proven at trial.

39.    The conduct of Defendant G2 Secure Staff, LLC as described above was

**COMPLAINT**

malicious, fraudulent, or oppressive and done with a willful and conscious disregard for Plaintiff Brenda Price's rights.  Defendant G2 Secure Staff, LLC, and its officers, members, and managing agents, authorized, condoned, and ratified the unlawful conduct of each other.  Consequently, Plaintiff Brenda Price is entitled to punitive damages against Defendant G2 Secure Staff, LLC.

## PRAYER

WHEREFORE, Plaintiff Brenda Price respectfully request this Court to:

A. For compensatory damages in an amount totaling at least $1,000,000, according to proof at trial;

B. For punitive damages totaling at least $1,000,000, according to proof at trial;

C. For injunctive relief;

D. For reasonable attorneys' fees;

E. For prejudgment and post-judgment interest according to any applicable provision of law, according to proof;

F. For costs of suit;

G. For such other and further relief as this Honorable Court deems proper.

DATED:  January 27, 2025			Respectfully Submitted,

By: _____
Maximilian Lee, Esq.
Attorneys for Plaintiff Brenda Price

## DEMAND FOR JURY TRIAL

Plaintiff Brenda Price hereby demands a jury trial for this action.

DATED:  January 27, 2025			Respectfully Submitted,

By: _____
Maximilian Lee, Esq.
Attorneys for Plaintiff Brenda Price

Exhibit A



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency          GAVIN NEWSOM, GOVERNOR

**Civil Rights Department**                                                    KEVIN KISH, DIRECTOR

2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
800-884-1684 (voice) | 800-700-2320 (TTY) | California's Relay Service at 711
calcivilrights.ca.gov | contact.center@calcivilrights.ca.gov

February 27, 2024

                                                **Via Email: mageebrenda250@gmail.com**

Brenda Price
501 Harrington Street Apt L
Corona, CA 92880

RE: **Notice of Case Closure and Right to Sue**
      **Case Number**: 202301-19345209
      **Case Name**: Price / G2 Secure Staff LLC
      **EEOC Number**: 37A-2023-01802
      **County of Violation**: Dallas

Dear Brenda Price:

The Civil Rights Department (CRD) has closed your case for the following reason: **Insufficient Evidence**. The CRD makes no determination about whether further investigation would establish violations of the Fair Employment and Housing Act (FEHA) or other laws. This decision does not mean the alleged claims have no merit or that the respondent is in compliance with the law. No finding is made as to any other issues that might be construed as having been raised by this complaint.

**This is your Right to Sue notice.** As specified in Government Code section 12965, subdivision (b), you may file your own civil action asserting employment claims under the FEHA within one year of the date of this letter. If you want to file a civil action that includes other claims, you should consult an attorney about the applicable statutes of limitation.

Your complaint **is dual filed** with the United States Equal Employment Opportunity Commission (EEOC). You have a right to request EEOC to perform a substantial weight review of our findings. This request must be made within fifteen (15) days of your receipt of this notice. Pursuant to Government code section 12965, subdivision (d) (1), your right to sue may be tolled during the pendency of EEOC's review of your complaint. To secure this review, you must request it in writing to the State and Local Coordinator:

                    **EEOC Southern California**
                      **Roybal Federal Building**
                **255 East Temple Street, 4th Floor**
                  **Los Angeles, California 90012**
                      **Karrie.Maeda@eeoc.gov**

You have the right to appeal the decision to close your case. This request must be made within ten (10) days of receiving this letter. Your appeal must include: 1) a summary as to why you disagree with the case closure; and/or 2) any new detailed information (e.g., documents, records, witness information) that supports your claim. If you appeal, the information you provide will be carefully considered. You may appeal this decision by:

CRD-ENF 17ENCC (Revised 10/23)

- Email. Send your request to appeals@calcivilrights.ca.gov and make reference to the case #: 202301-19345209.

- Mail. Send your request to: CRD, Appeals Unit, 2218 Kausen Drive, Suite 100, Elk Grove, CA 95758. Include a copy of this letter and make reference to the case #: 202301-19345209.

- Phone. Call us at 800-884-1684 (voice), 800-700-2320 (TTY), or by using California's Relay Service at 711.

Although the CRD has closed this case, the allegations and conduct at issue may be in violation of the law. You should consult an attorney as soon as possible regarding any other options and/or recourse you may have regarding the underlying acts or conduct.

Below are some resources to assist you in deciding whether to bring a civil action on your own behalf in court in the State of California under the provisions of the FEHA against the person, employer, labor organization or employment agency named in your complaint. To proceed in Superior Court, you should contact an attorney.

- The State Bar of California has a Lawyer Referral Services Program which can be accessed through its website at www.calbar.ca.gov under the "Public" link, or by calling 866-442-2529 (within California) or 415-538-2250 (outside California).

- Your local city or county may also have a lawyer referral or legal aid service.

- The Department of Consumer Affairs (DCA) has a publication titled "The Small Claims Court: A Guide to Its Practical Use" online at www.dca.ca.gov/publications/small_claims. You may also order a free copy by calling the DCA Publication Hotline at 866-320-8652, or by writing to them at: DCA, Office of Publications, Design and Editing, 1625 North Market Blvd., Suite N-112, Sacramento, CA 95834.

Sincerely,

*Glissa Dizon*

Glissa Dizon
Associate Governmental Program Analyst
916-223-2127
glissa.dizon@calcivilrights.ca.gov


Cc:  G2 Secure Staff LLC
5757 West Century Boulevard
Los Angeles, CA 90045

Sarah Christenson
695 Town Center Drive, 15th Floor
Costa Mesa, CA 92626